**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

M.D. Appeal Dkt.
35 MAP 2016

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 975 MAL 2015 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DARRIN ORLANDO MATHIS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 30ᵗʰ day of March, 2016, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Whether, as a matter of first impression, the Superior Court erred in affirming the trial court's decision denying [petitioner's] motion to suppress evidence where state parole agents lacked authority and subsequently reasonable suspicion to detain [petitioner] and conduct an investigative detention in violation of Article I, Section 8 of the Pennsylvania Constitution and the Fourth Amendment to the United States Constitution?

The parties are directed to separately address in their briefs the subsumed and alternate claims respecting (1) the authority of parole agents, and (2) whether reasonable suspicion existed to support a seizure and a subsequent weapons frisk.